IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINA LEWIS *et al.* : | |
| : | CIVIL ACTION |
| : | |
| Plaintiffs, : | NO. 13-4075 |
| : | |
| v. : | |
| : | |
| CITY AND COUNTY OF PHILADELPHIA *et al.* : | |
| : | |
| Defendants. : | |

**ORDER**

AND NOW, this 22nd day of August, 2014, upon consideration of Defendants Motions to Dismiss (Dkt. Nos. 2 &3), it is hereby ORDERED that said Motions are DENIED. It is further ORDERED that Plaintiffs' Motion to Strike (Dkt. No. 7) is DENIED AS MOOT.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. DARNELL JONES, II, U.S.D.J.